UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 21-1937
_____

JOSEPH LAPORTE,
Appellant

v.

CITY OF PHILADELPHIA; POLICE OFFICER KEENAN;
OFFICER BUTLER

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil No. 2-20-cv-03920)

_____

ORDER AMENDING
_____

The opinion and judgment entered on April 21, 2023 erroneously identified the Honorable Gene E.K. Pratter as the District Court judge. An amended opinion and judgment shall be entered listing the Honorable Gerald J. Pappert as the lower court judge. As this correction is not substantive in nature, the filing dates for the opinion and judgment will not be altered.

For the Court,

s/ Patricia S. Dodszuweit

Clerk

Date: April 26, 2023

Tmm/cc: Adrian R. Reid, Esq.
Meghan Byrnes, Esq.
Jane L. Istvan, Esq.